## OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

### David Francis LUVARA, Respondent

### No. 685 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 3, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 3rd day of April, 2003, it is hereby ORDERED that:

(1) the Motion to Dismiss is granted without prejudice to the Office of Disciplin-

ary Counsel to initiate disciplinary proceedings based on the underlying alleged misconduct;

(2) the Order entered by this Court on August 21, 2001, placing respondent on temporary suspension, is vacated; and

(3) respondent is reinstated to the practice of law.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.